UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br><br>J & J CHEMICAL, INC.,<br><br>Debtors. | Bankr. Case No. 17-40037-JDP<br><br>Chapter 11 |
|---|---|
| R. WAYNE KLEIN, Chapter 11 Plan Administrator,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN PEIRSOL (aka JON PEIRSOL),<br><br>Defendant. | Adv. Proceeding No. 18-8024-JDP |

**DEFAULT JUDGMENT**

Plaintiff R. Wayne Klein's Motion for Default Judgment, Dkt. No. 25, having come before the Court for hearing March 5, 2019, where an evidentiary record in support of the request for Default Judgment was made, and, as set forth in the Findings of Fact and Conclusions of Law on the record at the March 5, 2019, hearing, good cause appearing thereby,

IT IS HEREBY ORDERED THAT JUDGMENT BE ENTERED as follows:

1. Counts I and II of the Complaint sought to avoid the fraudulent transfer of certain funds paid to the Idaho Attorney General's Office. Judgment is hereby entered in favor of Plaintiff and against Defendant Jonathan Peirsol (the "Defendant") on Counts I and II in an amount of $60,025.00;

2. Counts III and IV of the Complaint sought to avoid the fraudulent transfer of a certain "Right to Payment from [Jeffery] Simcox." The transfer, as identified in the Complaint,

was effectuated by a May 5, 2016, Settlement, Release, No Disparagement, and Non-Compete Agreement and associated 2016 Promissory Note (the "2016 Note"). Judgment is hereby entered in favor of Plaintiff and against Defendant on Counts III and IV:

    a. Avoiding the transfer from J&J Chemical, Inc., to Defendant of the right to receive payments from Simcox;

    b. Awarding Plaintiff the recovery of any payments already made by Simcox under the 2016 Note, including (i) recovery of any already-made payments that are currently being held in trust by a third party, and (ii) a Judgment against Defendant on Counts III and IV in an amount of $14,865.00 for funds already paid to Defendant under the 2016 Note; and

    c. Allowing Plaintiff to recover any to-be-paid amounts from Simcox under the 2016 Note;

3. Counts V and VI of the Complaint sought to avoid the fraudulent transfer of cash to Defendant. Judgment is hereby entered in favor of Plaintiff and against Defendant on Counts V and VI in an amount of $119,315.02 for cash withdrawals from J & J Chemical's bank accounts, and in an amount of $2,500.00 for a check that was written from a J & J Chemical, Inc., account to Defendant;

4. Count VII of the Complaint sought to avoid a post-petition transfer of cash to Defendant. Judgment is hereby entered in favor of Plaintiff and against Defendant on Count VII in an amount of $30.00;

5. Counts VIII and IX of the Complaint sought to avoid the fraudulent transfer of certain account-to-account transfers of funds from J&J Chemical, Inc., bank accounts to bank accounts owned by Defendant or family members of Defendant. Judgment is hereby entered in

favor of Plaintiff against Defendant on Counts VIII and IX in an amount of $40,030.97;

      6.      Count XI of the Complaint sought a monetary damages award against Defendant for breach of fiduciary duty by payment of personal expenses with J & J Chemical, Inc., funds. Judgment is hereby entered in favor of Plaintiff and against Defendant on Count XI in the following amounts:

    a.   $136,802.72 for transfers made to Wells Fargo for personal expenses;

    b.   $48,873.68 for transfers made to Capital One for personal expenses;

    c.   $227.55 for transfers made to DirecTV for personal expenses;

    d.   $45,583.77 for transfers made to American Express for personal expenses;

    e.   $11,000.00 for transfers made to ODS Technologies/TVG Network for personal expenses;

    f.   $13,925.01 for transfers for miscellaneous personal expenses; and

    g.   $21,347.89 for transfers made to Hyundai Capital America, Inc., d/b/a Kia Motors Finance for personal expenses.

      7.      The combined amount of the Judgment in favor of Plaintiff and against Defendant in Counts I through IX and XI is $514,526.61. The last transfer sought to be avoided or recovered under this Judgment occurred, post-petition, on April 14, 2017, and Plaintiff is entitled to pre-judgment interest on the Judgment amount from that date. As of March 6, 2019, the amount of Pre-Judgment Interest (at 12%) is $116,889.17, and the Total Judgment Amount in favor of Plaintiff and against Defendant is $631,415.78.

//end of text//

Dated: March 8, 2019



Honorable Jim D. Pappas
United States Bankruptcy Judge

Default Judgment submitted by Jason R. Naess, counsel for Plaintiff, R. Wayne Klein