UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

J & J CHEMICAL, INC.,

Debtor.

Bankr. Case No.   17-40037-JDP

Chapter 11

R. WAYNE KLEIN, Chapter 11 Plan Administrator,

Plaintiff,

v.

JONATHAN PEIRSOL (aka JON PEIRSOL),

Defendant.

Adv. Proceeding No. 18-8024-JDP

### ORDER ON PLAN ADMINISTRATOR'S MOTION FOR ORDER OF CONTEMPT AND FOR SANCTIONS

THIS MATTER came on for hearing before the Court on July 17, 2019, upon the Plaintiff Plan Administrator's Motion for Order of Contempt and for Sanctions, Dkt. No. 38 (the "Motion"). The Court has considered the Parties' written submissions; has considered the arguments, representations, and exhibits presented at the July 17, 2019, hearing on this matter; and, for the reasons identified on the record during the July 17, 2019, hearing, and for other good cause;

**IT IS HEREBY ORDERED AND THIS COURT DOES ORDER THAT:**

1. The Motion is **GRANTED**;

2. The Court finds the following parties and entities to be **IN CONTEMPT** for their willful and unexcused failure to obey lawful subpoenas to

produce documents and/or to appear for oral examination in this action: Jonathan Peirsol; JBP Enterprises, Inc.; and Silver Rail, Inc.;

    3.    As a sanction for their contemptuous conduct, and to purge themselves of the Contempt found herein, each of the persons or entities is hereby ordered to do the following:

    a.    **Jonathan Peirsol** must personally appear and submit to an oral examination via deposition on **August 13, 2019, at 10:00 a.m.**, at the **Federal Courthouse, 801 E. Sherman Street, Pocatello, Idaho 83201, Rooms 215 and 216**. If Mr. Peirsol fails to appear at the deposition, upon further request by the Plaintiff, the Court will enter an order directing the U.S. Marshals to take such steps as are necessary to take Mr. Peirsol into custody and to deliver him to comply with the Court's order that he appear for examination by deposition.

    b.    **JBP Enterprises, Inc**., on or before **seven (7) days** of the entry of this Order, shall comply with the subpoena served on April 9, 2019, and produce and deliver to counsel for the Plaintiff the documents and information described in and sought through that subpoena. If JBP Enterprises, Inc., fails to timely purge itself of contempt as required herein, the Court hereby imposes a coercive fine against said entity in the amount of $1,000.00 per day thereafter until such time that JBP Enterprises, Inc., demonstrates it has complied with this Order.

    c.    **Silver Rail, Inc**., on or before **seven (7) days** of the entry of this Order, shall comply with the subpoena served on April 9, 2019, and produce and deliver to counsel for the Plaintiff the documents and information described in and sought through that subpoena. If Silver Rail, Inc., fails to timely purge itself of contempt as required herein, the Court hereby imposes a coercive fine against said entity in the amount of

$1,000.00 per day thereafter until such time that Silver Rail, Inc., demonstrates it has complied with this Order.

4. Plaintiff is awarded the compensatory costs and expenses incurred (a) in originally scheduling and attempting to procure document production from JBP Enterprises, Inc., and Silver Rail, Inc.; (b) in originally scheduling and attempting to procure Mr. Peirsol's attendance at a deposition; and (c) in connection with the filing and prosecution of the Motion. This award is made against Jonathan Peirsol, JBP Enterprises, Inc., and Silver Rail, Inc., jointly and severally in the amount of $4,898.39, which sum is payable on or before **seven (7) days** of the date of this order.

5. The willful failure of any of these parties to comply with the terms of this order may constitute an additional contempt, and as such, upon proper request by Plaintiff, and notice and a hearing, subject these parties to additional sanctions.

//end of text//

Dated:  July 22, 2019

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge